No. 94–7455. FUDGE *v.* CALIFORNIA, *ante,* p. 1021;

No. 94–7651. SHEA *v.* PIERCETON TRUCKING CO., INC., *ante,* p. 1007;

No. 94–7672. PRICE *v.* NORTH CAROLINA, *ante,* p. 1021;

No. 94–7704. WEINSTEIN *v.* LASOVER ET AL., *ante,* p. 1022;

No. 94–7730. HARPER *v.* HATCHER TRAILER PARK, *ante,* p. 1022;

No. 94–7808. WILKINS *v.* CALIFORNIA, *ante,* p. 1024;

No. 94–7815. MOITY *v.* FARM CREDIT BANK OF TEXAS, *ante,* p. 1025;

No. 94–7877. SHARROCK *v.* ROMER, GOVERNOR OF COLORADO, ET AL., *ante,* p. 1026;

No. 94–7880. IN RE VOHRA, *ante,* p. 1026;

No. 94–7931. SANDERS *v.* REVELL, COMMISSIONER, FLORIDA PAROLE COMMISSION, ET AL., *ante,* p. 1039;

No. 94–7937. ENGLEFIELD *v.* GEORGE, *ante,* p. 1039;

No. 94–7951. ZAVALA *v.* INDUSTRIAL COMMISSION OF ILLINOIS ET AL., *ante,* p. 1039; and

No. 94–8019. CALIFORRNIAA *v.* CALIFORNIA, *ante,* p. 1053. Petitions for rehearing denied.

No. 94–1302. CRAWFORD *v.* LaMANTIA ET AL., *ante,* p. 1032. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

### MAY 17, 1995

No. 94–9265 (A–873). DEVIER *v.* THOMAS, WARDEN. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. The order heretofore entered by the Court [*ante,* p. 1105] is vacated.

No. 94–9277. DEVIER *v.* THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

### MAY 22, 1995

No. 94–1059. CALAMIA *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari granted, judgment vacated, and case remanded for further consid-